*" O "*

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 1 1 2011

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AARON FRANKLIN,

                Petitioner,

   vs.

LELAND McEWEN,

                Respondent.

Case No. CV 10-6016-JFW (RNB)

ORDER ADOPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: _____1\7\11_____

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE