JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FRANKLIN,<br><br>      Petitioner,<br><br>vs.<br><br>LELAND McEWEN,<br><br>      Respondent. | Case No. CV 10-6016-JFW (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: __1/7/11__

                                                      JOHN F. WALTER
                                                      UNITED STATES DISTRICT JUDGE